IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DIANE M. ANDRASKA,

          Plaintiff,                              ORDER

     v.                                     3:07-cv-00644-bbc

CHASE MANHATTAN BANK USA,
N.A.,

          Defendant.

---

    Following the scheduling conference, I recused myself from this case.

    Entered this 14th day of January, 2008.

                              BY THE COURT:

                              /s/

                              STEPHEN L. CROCKER
                              Magistrate Judge